GROSSMAN, Trustee, Respondent, vs. KUEHN, Appellant.

*May 7—June 1, 1942.*

*Louis R. Potter* of Milwaukee, for the appellant.

For the respondent there was a brief by *Pellette & Zillmer,* attorneys, and *John M. Redford* of counsel, all of Milwaukee, and oral argument by *Mr. Redford.*

ROSENBERRY, C. J.   This appeal is wholly without merit. We shall not dignify the legal quibbling done in this case on behalf of the appellant by discussing it.   It is obvious from the record that the appeal from the civil court to the circuit court and the appeal to this court were frivolous and taken for purposes of delay.

*By the Court.*—The judgment appealed from is affirmed with double costs under sec. 251.23 (3), Stats.   The clerk is directed to return the record to the court below forthwith.